UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:  )
    **Kevin F Doyle**  )  Chapter 13
    **Stephanie M Doyle**  )  Bankruptcy Case No.
      )
    Debtor(s)  )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.    [To be completed in all cases]

I(We), **Kevin F Doyle** and **Stephanie M Doyle**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

| | |
|---|---|
| **Kevin F Doyle** | **Stephanie M Doyle** |
| Printed or Typed Name of Debtor or Representative | Printed or Typed Name of Joint Debtor |
| /s/ Kevin F Doyle | /s/ Stephanie M Doyle |
| Signature of Debtor or Representative | Signature of Joint Debtor |
| **January 31, 2013** | **January 31, 2013** |
| Date | Date |