**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)             Case Number **13−06124**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*
The debtor(s) listed below filed a chapter 13 bankruptcy case on 2/19/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Kevin F Doyle<br>3432 W 117th Street<br>Chicago, IL 60655 | Stephanie M Doyle<br>3432 W 117th Street<br>Chicago, IL 60655 |
| Case Number:  13−06124<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9296<br>xxx−xx−5232 |
| Attorney for Debtor(s) (name and address):<br>Edwin L Feld<br>Edwin L Feld & Associates, LLC<br>29 South LaSalle Street Suite 328<br>Chicago, IL 60603<br>Telephone number:  312 263−2100 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number:  312−431−1300 |

## Meeting of Creditors:
Date: **March 13, 2013**      Time: **12:00 PM**

Location: **224 South Michigan, Suite 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **6/11/13**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **8/19/13**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **April 29, 2013**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/13/13**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM − 4:30 PM | Date:  February 20, 2013 |

## EXPLANATIONS <span style="float:right">B9I (Official Form 9I) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                              Case No. 13-06124-TAB
Kevin F Doyle                                                       Chapter 13
Stephanie M Doyle
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-1          User: ajauregui           Page 1 of 3          Date Rcvd: Feb 20, 2013
                              Form ID: b9i              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2013.
db/jdb     +Kevin F Doyle,    Stephanie M Doyle,    3432 W 117th Street,    Chicago, IL 60655-3656
20055982   +ACL,   P.O. Box 27901,    West Allis, WI 53227-0901
20055984   +Baker & Miller,    29 N Wacker Drive, Suite 500,    Chicago, IL 60606-2854
20055988   +Cheryl Choates,    c/o Thomas Crooks,    Three 1st National Plaza, S-1950,    Chicago, IL 60602-5010
20055991   +City of Chicago,    121 N Lasalle St, Suite 600,    Chicago, IL 60602-1244
20055993   +Dependon Collection Service,    P.O. Box 4833,    Oak Brook, IL 60522-4833
20055995   +Emergency Care Phy Services,    Dept 77-6989,    Chicago, IL 60678-0001
20055996   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
20055998   +Greenwood Chiro Wellness,    c/o Keynote Consulting,    220 W Campus Dr, Suite 102,
             Arlington Heights, IL 60004-1498
20056002   +Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
20056004   +Santander,    PO Box 105255,    Atlanta, GA 30348-5255
20056005   +Santander Consumer, USA,    P.O. Box 660633,    Dallas, TX 75266-0633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: notice@edfeldlaw.com Feb 21 2013 04:01:04     Edwin L Feld,
             Edwin L Feld & Associates, LLC,    29 South LaSalle Street Suite 328,    Chicago, IL  60603
tr         +E-mail/Text: courtnotices@chi13.com Feb 21 2013 04:12:42     Marilyn O Marshall,
             224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 21 2013 04:56:57     Patrick S Layng,
             Office of the U.S. Trustee, Region 11,    219 S Dearborn St,   Room 873,   Chicago, IL 60604-2027
20055983    EDI: ACCE.COM Feb 21 2013 03:08:00     Asset Acceptance,   P.O. Box 2036,    Warren, MI 48090-2036
20055985   +EDI: BANKAMER.COM Feb 21 2013 03:08:00     Bank of America,   PO Box 851001,
             Dallas, TX 75285-1001
20055986   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 21 2013 04:09:14     Billstrom Pain  LLC,
             c/o Armor Systems,    1700 Kieffer Dr, Suite 1,    Zion, IL 60099-5105
20055987   +EDI: CHASE.COM Feb 21 2013 03:08:00     Chase,   Cardmember Service,    PO Box 15153,
             Wilmington, DE 19886-5153
20055989   +EDI: CITICORP.COM Feb 21 2013 03:08:00     Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
20055990   +EDI: CIAC.COM Feb 21 2013 03:08:00     CitiMortgage,   PO Box 183040,    Columbus, OH 43218-3040
20055992   +EDI: CMIGROUP.COM Feb 21 2013 03:08:00     Credit Management Inc.,    4200 International Pkwy,
             Carrollton, TX 75007-1912
20055994    EDI: DISCOVER.COM Feb 21 2013 03:08:00     Discover,   PO Box 15316,    Wilmington, DE 19850
20055997   +E-mail/Text: inside_billing@gdx.net Feb 21 2013 04:12:29     Genova Diagnostics,    PO Box 3220,
             Asheville, NC 28802-3220
20055999   +EDI: IRS.COM Feb 21 2013 03:08:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
20056000   +EDI: TSYS2.COM Feb 21 2013 03:08:00     Macys,   PO Box 8218,    Mason, OH 45040-8218
20056001    E-mail/Text: bankruptcydepartment@ncogroup.com Feb 21 2013 05:04:09
             Midwest Ctr Digestive Health,    c/o NCO,   PO Box 13570,    Philadelphia, PA 19101
20056003   +EDI: SALMAESERVICING.COM Feb 21 2013 03:08:00     Sallie Mae,    11100 USA Parkway,
             Fishers, IN 46037-9203
20056004   +EDI: DRIV.COM Feb 21 2013 03:08:00     Santander,   PO Box 105255,    Atlanta, GA 30348-5255
20056005   +EDI: DRIV.COM Feb 21 2013 03:08:00     Santander Consumer, USA,    P.O. Box 660633,
             Dallas, TX 75266-0633
20056007    E-mail/Text: wow_bankruptcy@wideopenwest.com Feb 21 2013 04:10:09     WOW Internet and Cable,
             P.O. Box 5715,    Carol Stream, IL 60197-5715
20056006   +EDI: WFFC.COM Feb 21 2013 03:08:00     Wells Fargo Bank, NA,    P.O. Box 5169,
             Sioux Falls, SD 57117-5169
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: ajauregui              Page 2 of 3                   Date Rcvd: Feb 20, 2013
                               Form ID: b9i                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: ajauregui              Page 3 of 3                  Date Rcvd: Feb 20, 2013
                               Form ID: b9i                 Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2013 at the address(es) listed below:
        Edwin L Feld    on behalf of Joint Debtor Stephanie M Doyle notice@edfeldlaw.com,
         elfyboy123@aol.com
        Edwin L Feld    on behalf of Debtor Kevin F Doyle notice@edfeldlaw.com,   elfyboy123@aol.com
        Marilyn O Marshall    courtdocs@chi13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 4