## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 13-06124 |
| | ) | |
| Kevin & Stephanie Doyle | ) | Judge Barnes |
| | ) | |
| Debtor(s). | ) | Chapter 13 |
| | ) | |

### NOTICE OF MOTION

TO:   Kevin & Stephanie Doyle, 3432 W 117th Street, Chicago IL 60655
Marilyn Marshall, 224 S Michigan Avenue, 8th Floor, Chicago, IL 60604 (ECF notice)

PLEASE TAKE NOTICE that on April 29, 2013 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Barnes or any other judge sitting in his stead, in the courtroom usually occupied by him in Room 613 of the Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

/s/ Edwin L Feld

### CERTIFICATION

I, Edwin L Feld, an attorney, state that I served the above notice and motion upon the above named addressees by enclosing same in an envelope, properly addressed with postage, fully prepaid and by depositing same in the U.S. Mail at 29 S LaSalle St, Chicago, Illinois, on March 21, 2013.

/s/ Edwin L Feld

Edwin L Feld & Associates, LLC
29 S. LaSalle Street, Suite 328
Chicago, IL   60603
(312) 263-2100

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | ) Case No. 13-06124 |
|     Kevin & Stephanie Doyle | ) Hearing Date: April 29, 2013 |
| **Debtor(s)** | ) Judge Barnes |

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s)  ☒ have   ☐ have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for compensation, reimbursement, or other payment that varies from the Court- Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
    ☒ None   ☐ a total of $ , pursuant to orders entered on the following dates: _____

**Compensation for services now sought in this case:**
    $3500 flat fee for services                         $_____   for itemized services
    through case closing                                      (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
    $0    for filing fee paid by the attorney with the attorney's funds
    $0    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds
    $0    Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
    $281    for filing fee
    $0     for other expenses, itemized as follows:   $_____ Describe expenses:
    $281    Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
    ☐ None
    $300 for services
    $0  for expenses advanced by the attorney

**Itemization of time:**  ☒ Not submitted.   ☐ Attached to this application

Date of Application: March 21, 2013                         /s/ Edwin L Feld
                                                                             Edwin L Feld & Associates, LLC
                                                                             29 S LaSalle Street, Suite 328
                                                                              Chicago IL 60603

Form No. 23, revised 8/21/12