B9I (Official Form 9I) (Chapter 13 Case) (12/12)  Case Number 13-06124

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 2/19/13.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Kevin F Doyle<br>3432 W 117th Street<br>Chicago, IL 60655 | Stephanie M Doyle<br>3432 W 117th Street<br>Chicago, IL 60655 |
| Case Number: 13-06124<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>-9296<br>-5232 |
| Attorney for Debtor(s) (name and address):<br>Edwin L Feld<br>Edwin L Feld & Associates, LLC<br>29 South LaSalle Street Suite 328<br>Chicago, IL 60603<br>Telephone number: 312 263-2100 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312-431-1300 |

## Meeting of Creditors:

Date: **March 13, 2013**  Time: **12:00 PM**
Location: **224 South Michigan, Suite 800, Chicago, IL 60604**

All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **6/11/13**  For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **8/19/13**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees

The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **April 29, 2013**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**

The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of **$ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: **5/13/13**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-866-222-8029<br>Hours Open: Monday – Friday 8:30 AM – 4:30 PM | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner<br><br><br><br>Date: February 20, 2013 |