# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Case No.: 13 B 06124 |
|---|---|
| Kevin F Doyle<br>Stephanie M Doyle | Chapter: 13<br>Plan filed on 02/19/2013 |
| Debtor(s) | Confirmation Hearing: 4/29/13 at 10:30AM<br><br>Judge Timothy A. Barnes |

## NOTICE OF FILING

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Kevin F Doyle, Stephanie M Doyle, Debtor(s), 3432 W 117th Street, Chicago, IL 60655
Edwin L Feld, Attorney for Debtor(s), 29 S. LaSalle Street Suite 328, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on 4/23/2013, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, an Objection to Confirmation of the proposed Chapter 13 Plan. A copy of which is hereto attached.

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtor's attorney via electronic notice on April 23, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 23, 2013.

/s/ Jessica Naples
Attorney for Objector

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Adam E. Codilis ARDC#6299311
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-09160)**

NOTE: This law firm is deemed to be a debt collector.