UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
    **Kevin F Doyle**                                  )    Case No. **13-06124**
    **Stephanie M Doyle**                              )    Chapter **13**
                                                    )
    Debtor(s)                                     )

### DECLARATION REGARDING ELECTRONIC FILING
### FOR DOCUMENTS FILED AFTER PETITION

Re: _Amended F, I or Plan_
    (Specify Document)

I (We), **Kevin F Doyle** and **Stephanie M Doyle**, the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the _Amended F, I and Plan_ being filed simultaneously with this Declaration and that the information therein is true and correct.

| Kevin F Doyle | Stephanie M Doyle |
|---|---|
| Printed or Typed Name of Debtor or Other Person | Printed or Typed Name of Joint Debtor |
| /s/ K. Doyle | /s/ Stephanie M Doyle |
| Signature of Debtor or Other Person | Signature of Joint Debtor |
| 4/25/13 | 4-25-13 |
| Date | Date |