# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Kevin & Stephanie Doyle ) | |
| ) | Case No. 13-06124 |
| ) | |
| Debtor(s) ) | Judge Barnes |

## NOTICE OF FILING

TO:  SEE ATTACHED SERVICE LIST

Please take notice that on April 26, 2013, I caused to be filed with the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois, a copy of the following documents:

### DEBTORS' AMENDED CHAPTER 13 PLAN, SCHEDULES F & I

/s/ Edwin L Feld

Edwin L. Feld
William J. Moroney
Edwin L Feld & Associates, LLC
29 S LaSalle Street, Suite 328
Chicago, IL 60603
(312) 263-2100

## CERTIFICATE OF MAILING

I, Edwin L Feld, an attorney, on oath state this Notice by mailing a copy to all parties shown and depositing same in US Mail at 29 S LaSalle Street, Chicago, Illinois before 5:00 p.m. on April 26, 2013 with proper postage prepaid.

/s/ Edwin L Feld

| | | |
|---|---|---|
| ACL<br>P.O. Box 27901<br>West Allis, WI 53227 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Baker & Miller<br>29 N Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | Billstrom Pain LLC<br>c/o Armor Systems<br>1700 Kieffer Dr, Suite 1<br>Zion, IL 60099 | Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886 |
| Cheryl Choates<br>c/o Thomas Crooks<br>Three 1st National Plaza, S-1950<br>Chicago, IL 60602 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117 | CitiMortgage<br>PO Box 183040<br>Columbus, OH 43218 |
| City of Chicago<br>121 N Lasalle St, Suite 600<br>Chicago, IL 60602 | Credit Management Inc.<br>4200 International Pkwy<br>Carrollton, TX 75007 | Dependon Collection Service<br>P.O. Box 4833<br>Oak Brook, IL 60522 |
| Discover<br>PO Box 15316<br>Wilmington, DE 19850 | Emergency Care Phy Services<br>Dept 77-6989<br>Chicago, IL 60678 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 |
| Genova Diagnostics<br>PO Box 3220<br>Asheville, NC 28802 | Greenwood Chiro Wellness<br>c/o Keynote Consulting<br>220 W Campus Dr, Suite 102<br>Arlington Heights, IL 60004 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Macys<br>PO Box 8218<br>Mason, OH 45040 | Midwest Ctr Digestive Health<br>c/o NCO<br>PO Box 13570<br>Philadelphia, PA 19101 | Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673 |
| Sallie Mae<br>11100 USA Parkway<br>Fishers, IN 46037 | Santander<br>PO Box 105255<br>Atlanta, GA 30348 | Santander Consumer, USA<br>P.O. Box 660633<br>Dallas, TX 75266 |
| Wells Fargo Bank, NA<br>P.O. Box 5169<br>Sioux Falls, SD 57117 | WOW Internet and Cable<br>P.O. Box 5715<br>Carol Stream, IL 60197-5715 | Kevin & Stephanie Doyle<br>3432 W 117th Street<br>Chicago IL 60655 |
| Marilyn Marshall<br>224 S Michigan Ave, 8th Floor<br>Chicago IL 60604 | | |