APPEARANCE

## United States Bankruptcy Court

For the  Northern  District of  Illinois

In re  Kevin & Stephanie Doyle        )
                                      )  Case No. 13-06124
                                      )
                                      )
                                      )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Cheryl Choates

---

Thomas C. Crooks
Print Name on this Line

*[signature]*
Signature

ATTORNEY ID NUMBER        00547336

Law Offices of Thomas C. Crooks
Firm Name

FIRM ID NUMBER:

3 First National Plaza, Suite 1950
Street Address

Chicago        IL        60602
City           State     Zip

Telephone  (312) 641-2260

Trial Attorneys*

Thomas C. Crooks
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    04/30/2013

TYPE OF DEFENSE COUNSEL:

CJA _____  ,RETAINED _____  ,SELF _____  ,NONE OTHER _____  ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____        D _____        TP _____