# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Kevin & Stephanie Doyle_____ Case No. _13-06124_ Chapter _13_

All Cases: Moving Creditor _____Cheryl S. Choates_____ Date Case Filed __01/15/2013__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ___06/13/2013___ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
   ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☑ Other (describe) _____None_____

2. Balance Owed as of Petition Date  $ ___Contingent___
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ ___D/N/A___

5. Default
   a. ☐ Pre-Petition Default
      Number of months ___   Amount $ _____
   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months ___   Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ___   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) ___Modify Stay to Liquidate Injury Claim___

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: ___05/09/2013___         _____[signature]_____
                                Counsel for Movant

(Rev. 12/21/09)