# United States Bankrupcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Kevin F Doyle | ) | Chapter 13 |
| Stephanie M Doyle | ) | Case No. 13 B 06124 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Kevin F Doyle
Stephanie M Doyle
3432 W 117th St
Chicago, IL  60655

Debtor Attorney: Edwin L Feld & Associates
via Clerk's ECF noticing procedures

On June 10, 2013 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, May 22, 2013.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 02/19/2013.

2. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3. The debtors have failed to file an amended Schedule H removing the cosignor for their debt.

4. The debtors have failed to file an amended Schedule I listing the joint debtor's part time job.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE