# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Kevin & Stephanie Doyle__ Case No. __13-06124__ Chapter __13__

All Cases: Moving Creditor __Cheryl S. Choates__ Date Case Filed __01/15/2013__

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __06/13/2013__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☒ Other (describe) __None__

2. Balance Owed as of Petition Date  $ __Contingent__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __D/N/A__

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____  Amount $ _____
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months ____  Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____  Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☒ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☒ Other (describe) __Modify Stay to Liquidate Injury Claim__
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __05/09/2013__       _____
                                Counsel for Movant

(Rev. 12/21/09)