United States Bankruptcy Court
Northern District of Illinois

| | |
|---|---|
| In re ) | |
| Kevin & Stephanie Doyle ) | |
| ) | |
| Debtors ) | |
| ) | Debtor Case No. 13-06124 |
| ) | |
| Address: 3432 West 117th Street ) | |
| Chicago, IL 60655 ) | |
| ) | Chapter 13 |
| ) | |
| Last four digits of Social Security or ) | |
| Individual Tax-payer Identification (ITIN) ) | |
| No(s).,(if any): 9296, 5232 ) | |

**AMENDED NOTICE OF MOTION TO MODIFY AUTOMATIC STAY**

Cheryl S. Choates has filed papers with the court to modify the automatic stay.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the automatic stay, or if you want the court to consider your views on the motion, then on or before June 3, 2013, you or your attorney must:

Attend the hearing scheduled to be held on June 3, 2013, at 9:30 a.m. in Courtroom 613, United States Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: May 22, 2013                                          Signature: s/Thomas C. Crooks
                                                            Thomas C. Crooks, Esq.
                                                            3 First National Plaza, Suite 1950
                                                            Chicago, IL 60602