IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Kevin & Stephanie Doyle

                Debtors.

Case No. 13-06124

## MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGEABILITY OF DEBT

Now comes Cheryl S. Choates, by and through her attorney, Thomas C. Crooks, and as and for her Motion to extend time to object to dischargeability of debt, states as follows:

1. Debtors filed their joint Chapter 13 bankruptcy case on February 19, 2013. At the time of the original filing of this bankruptcy, the debtors did not list movant's claim on their Schedule F.

2. Pending at the time of the bankruptcy filing was a certain litigation, to-wit: *Choates v. City of Chicago*, et al., 12 cv 07344, claiming intentional violations of your movant's civil rights by debtor, Stephanie M. Doyle, a Chicago police officer.

3. On April 26, 2013, debtors filed an amended Schedule F listing your movant's pending claim.

4. Currently, the deadline to file complaints to determine dischargeability of the debt under 11 U.S.C. § 523 is May 13, 2013. Your movant requests that the deadline to file a complaint under 11 U.S.C. § 523 be extended to and including July 15, 2013.

5. This is the first such request made by your movant.

WHEREFORE, Cheryl S. Choates requests that the court enter an order extending to July 15, 2013, the deadline for complaints to determine dischargeability of debts and for such further relief as this court deems just and proper under the circumstances.

1

        Respectfully submitted,

        s/Thomas C. Crooks
        Thomas C. Crooks
        Attorney for Plaintiff

Thomas C. Crooks #00547336
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: 312-641-2260
Facsimile: 312-641-5220
tcrooks@barristers.com