01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE: )
  Kevin F Doyle ) Case No. 13-06124
  Stephanie M Doyle ) Chapter 13
  )
  )
  Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: _Amended I and Plan_
(Specify Document)

I (We), Kevin F Doyle and Stephanie M Doyle, the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the _Amended I and Plan_ being filed simultaneously with this Declaration and that the information therein is true and correct.

Kevin F Doyle
Printed or Typed Name of Debtor or Other Person

X _[signature]_
Signature of Debtor or Other Person

June 6, 2013
Date

Stephanie M Doyle
Printed or Typed Name of Joint Debtor

X _Stephanie M Doyle_
Signature of Joint Debtor

June 6, 2013
Date

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy