# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                             )
                                   )        Chapter 13
   Kevin & Stephanie Doyle        )
                                   )        Case No. 13-06124
                                   )
   Debtor(s)                       )        Judge Barnes

## NOTICE OF FILING

TO:  SEE ATTACHED SERVICE LIST

     Please take notice that on June 7, 2013, I caused to be filed with the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois, a copy of the following documents:

**DEBTORS' AMENDED CHAPTER 13 PLAN, SCHEDULE I**

/s/ Edwin L Feld

Edwin L. Feld
William J. Moroney
Edwin L Feld & Associates, LLC
29 S LaSalle Street, Suite 328
Chicago, IL 60603
(312) 263-2100

## CERTIFICATE OF MAILING

I, Edwin L Feld, an attorney, on oath state this Notice by mailing a copy to all parties shown and depositing same in US Mail at 29 S LaSalle Street, Chicago, Illinois before 5:00 p.m. on June 7, 2013 with proper postage prepaid.

/s/ Edwin L Feld

ACL
P.O. Box 27901
West Allis, WI 53227

Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2036

Baker & Miller
29 N Wacker Drive, Suite 500
Chicago, IL 60606

Bank of America
PO Box 851001
Dallas, TX 75285

Billstrom Pain LLC
c/o Armor Systems
1700 Kieffer Dr, Suite 1
Zion, IL 60099

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Cheryl Choates
c/o Thomas Crooks
Three 1st National Plaza, S-1950
Chicago, IL 60602

Citi
PO Box 6241
Sioux Falls, SD 57117

CitiMortgage
PO Box 183040
Columbus, OH 43218

City of Chicago
121 N Lasalle St, Suite 600
Chicago, IL 60602

Credit Management Inc.
4200 International Pkwy
Carrollton, TX 75007

Dependon Collection Service
P.O. Box 4833
Oak Brook, IL 60522

Discover
PO Box 15316
Wilmington, DE 19850

Emergency Care Phy Services
Dept 77-6989
Chicago, IL 60678

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227

Genova Diagnostics
PO Box 3220
Asheville, NC 28802

Greenwood Chiro Wellness
c/o Keynote Consulting
220 W Campus Dr, Suite 102
Arlington Heights, IL 60004

IRS
PO Box 7346
Philadelphia, PA 19101

Macys
PO Box 8218
Mason, OH 45040

Midwest Ctr Digestive Health
c/o NCO
PO Box 13570
Philadelphia, PA 19101

Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673

Sallie Mae
11100 USA Parkway
Fishers, IN 46037

Santander
PO Box 105255
Atlanta, GA 30348

Santander Consumer, USA
P.O. Box 660633
Dallas, TX 75266

Wells Fargo Bank, NA
P.O. Box 5169
Sioux Falls, SD 57117

WOW Internet and Cable
P.O. Box 5715
Carol Stream, IL 60197-5715

Kevin & Stephanie Doyle
3432 W 117th Street
Chicago IL 60655

Marilyn Marshall
224 S Michigan Ave, 8th Floor
Chicago IL 60604