NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kevin F Doyle
3432 W 117th Street
Chicago, IL 60655
SSN: xxx–xx–9296 EIN: N.A.

Case No. :  13–06124
Chapter :  13
Judge :  Timothy A. Barnes

Stephanie M Doyle
3432 W 117th Street
Chicago, IL 60655
SSN: xxx–xx–5232 EIN: N.A.

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : FIA CARD SERVICES, N.A.


Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to eCAST Settlement Corporation of your claim in the above matter, designated Claim No. 7 in the amount of $4344.30. If no objections are filed by you on or before July 3, 2013 the Court shall substitute eCAST Settlement Corporation in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.


For the Court,


Dated: June 13, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court