NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kevin F Doyle
3432 W 117th Street
Chicago, IL 60655
SSN: xxx–xx–9296 EIN: N.A.

Case No. : 13–06124
Chapter :  13
Judge :    Timothy A. Barnes

Stephanie M Doyle
3432 W 117th Street
Chicago, IL 60655
SSN: xxx–xx–5232 EIN: N.A.

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : FIA CARD SERVICES, N.A.

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to eCAST Settlement Corporation of your claim in the above matter, designated Claim No. 6 in the amount of $3178.70. If no objections are filed by you on or before July 3, 2013 the Court shall substitute eCAST Settlement Corporation in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: June 13, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                              Case No. 13-06124-TAB
Kevin F Doyle                                                       Chapter 13
Stephanie M Doyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun           Page 1 of 2         Date Rcvd: Jun 13, 2013
                             Form ID: ntcasclm        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2013.
db/jdb      +Kevin F Doyle,   Stephanie M Doyle,   3432 W 117th Street,   Chicago, IL 60655-3656
20287650     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2013**               **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Jun 13, 2013
                               Form ID: ntcasclm           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2013 at the address(es) listed below:
         Edwin L Feld    on behalf of Joint Debtor Stephanie M Doyle notice@edfeldlaw.com,
          efeld@edfeldlaw.com
         Edwin L Feld    on behalf of Debtor Kevin F Doyle notice@edfeldlaw.com,   efeld@edfeldlaw.com
         Jessica S Naples    on behalf of Creditor   CitiMortgage, Inc. ND-Two@il.cslegal.com
         Joel P Fonferko    on behalf of Creditor   CitiMortgage, Inc. ND-One@il.cslegal.com
         Marilyn O Marshall    courtdocs@chi13.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Thomas C. Crooks    on behalf of Creditor Cheryl  Choates tcrooks@barristers.com,
          gzimmerman@barristers.com
                                                                                                      TOTAL: 7