Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  13−06124
Chapter:  13
Judge:  Timothy A. Barnes

In Re:
  Kevin F Doyle                                      Stephanie M Doyle
  3432 W 117th Street                     3432 W 117th Street
  Chicago, IL 60655                         Chicago, IL 60655

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9296                                       xxx−xx−5232

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 5, 2013

                                                            FOR THE COURT

Dated: August 6, 2013                                   Kenneth S. Gardner , Clerk
                                                       United States Bankruptcy Court