Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 13−06124
Chapter: 13
Judge: Timothy A. Barnes

In Re:
   Kevin F Doyle                                        Stephanie M Doyle
   3432 W 117th Street                         3432 W 117th Street
   Chicago, IL 60655                            Chicago, IL 60655

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9296                                          xxx−xx−5232

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 5, 2013

FOR THE COURT

Dated: August 6, 2013                                             <u>Kenneth S. Gardner , Clerk</u>
                                                           United States Bankruptcy Court

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                                  Case No. 13-06124-TAB
Kevin F Doyle                                                           Chapter 13
Stephanie M Doyle
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun               Page 1 of 3          Date Rcvd: Aug 06, 2013
                              Form ID: ntcdsm             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
db/jdb       +Kevin F Doyle,    Stephanie M Doyle,    3432 W 117th Street,    Chicago, IL 60655-3656
20055982     +ACL,   P.O. Box 27901,    West Allis, WI 53227-0901
20055984     #+Baker & Miller,    29 N Wacker Drive, Suite 500,    Chicago, IL 60606-2854
20055988     +Cheryl Choates,    c/o Thomas Crooks,    Three 1st National Plaza, S-1950,    Chicago, IL 60602-5010
20409580     +Cheryl Choates court,    c/o Thomas Crooks,    Three 1st National Plaza, S-1950,
               Chicago, IL 60602-5010
20055990     +CitiMortgage Inc,    Codilis & Associates PC,    15W030 North Frontage Road Suite 100,
               Burr Ridge, IL 60527-6921
20336914     +CitiMortgage, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
20510666      Citibank, N.A.,    P.O. Box 688971,    Des Moines, IA 50368-8971
20055991     +City of Chicago,    121 N Lasalle St, Suite 600,    Chicago, IL 60602-1244
20055993     +Dependon Collection Service,    P.O. Box 4833,    Oak Brook, IL 60522-4833
20055995     +Emergency Care Phy Services,    Dept 77-6989,    Chicago, IL 60678-0001
20287650      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20055996     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
20055998     +Greenwood Chiro Wellness,    c/o Keynote Consulting,    220 W Campus Dr, Suite 102,
               Arlington Heights, IL 60004-1498
20056002     +Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
20056004     +Santander,    PO Box 105255,    Atlanta, GA 30348-5255
20074109     +Santander Consumer USA Inc,    as Assignee for Santander,    POB 961245,
               Fort Worth, TX 76161-0244
20056005     +Santander Consumer, USA,    P.O. Box 660633,    Dallas, TX 75266-0633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20055983      EDI: ACCE.COM Aug 07 2013 01:18:00      Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
20091881     +EDI: ACCE.COM Aug 07 2013 01:18:00      Asset Acceptance LLC assignee  FIFTH THIRD,    PO Box 2036,
               Warren, MI 48090-2036
20055985     +EDI: BANKAMER.COM Aug 07 2013 01:18:00      Bank of America,    PO Box 851001,
               Dallas, TX 75285-1001
20055986     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 07 2013 02:19:50       Billstrom Pain  LLC,
               c/o Armor Systems,    1700 Kieffer Dr, Suite 1,    Zion, IL 60099-5105
20055987     +EDI: CHASE.COM Aug 07 2013 01:18:00      Chase,    Cardmember Service,    PO Box 15153,
               Wilmington, DE 19886-5153
20055989      EDI: CITICORP.COM Aug 07 2013 01:18:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
20055992     +EDI: CMIGROUP.COM Aug 07 2013 01:19:00      Credit Management Inc.,    4200 International Pkwy,
               Carrollton, TX 75007-1912
20055994      EDI: DISCOVER.COM Aug 07 2013 01:18:00      Discover,    PO Box 15316,    Wilmington, DE 19850
20055999     +EDI: IRS.COM Aug 07 2013 01:18:00      Department Of The Treasury,    Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
20104685     +EDI: TSYS2.COM Aug 07 2013 01:18:00      Department Stores National Bank/Macy’s,
               Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
20083990      EDI: DISCOVER.COM Aug 07 2013 01:18:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
20055997     +E-mail/Text: inside_billing@gdx.net Aug 07 2013 02:24:53       Genova Diagnostics,    PO Box 3220,
               Asheville, NC 28802-3220
20502593     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Aug 07 2013 02:23:17
               Illinois Student Assistance Commission,     1755 Lake Cook Rd,    Deerfield IL 60015-5209
20056000     +EDI: TSYS2.COM Aug 07 2013 01:18:00      Macys,    PO Box 8218,    Mason, OH 45040-8218
20056001      E-mail/Text: bankruptcydepartment@ncogroup.com Aug 07 2013 02:54:32
               Midwest Ctr Digestive Health,    c/o NCO,    PO Box 13570,    Philadelphia, PA 19101
20468039     +EDI: OPHSUBSID.COM Aug 07 2013 01:19:00      OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20500572      EDI: PRA.COM Aug 07 2013 01:19:00      Portfolio Recovery Associates, LLC,
               successor to CHASE BANK USA, N.A.,    POB 41067,    Norfolk, VA 23541
20056003     +EDI: SALMAESERVICING.COM Aug 07 2013 01:19:00      Sallie Mae,    11100 USA Parkway,
               Fishers, IN 46037-9203
20623768     +EDI: SALMAESERVICING.COM Aug 07 2013 01:19:00      Sallie Mae PC trust,    c/o Sallie Mae Inc.,
               220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
20056004     +EDI: DRIV.COM Aug 07 2013 01:18:00      Santander,    PO Box 105255,    Atlanta, GA 30348-5255
20074109     +EDI: DRIV.COM Aug 07 2013 01:18:00      Santander Consumer USA Inc,    as Assignee for Santander,
               POB 961245,    Fort Worth, TX 76161-0244
20056005     +EDI: DRIV.COM Aug 07 2013 01:18:00      Santander Consumer, USA,    P.O. Box 660633,
               Dallas, TX 75266-0633
20056007      E-mail/Text: wow_bankruptcy@wideopenwest.com Aug 07 2013 02:21:18        WOW Internet and Cable,
               P.O. Box 5715,    Carol Stream, IL 60197-5715
20366110      EDI: WFFC.COM Aug 07 2013 01:18:00      Wells Fargo Bank, N.A.,    Home Equity Group,
               1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
20056006     +EDI: WFFC.COM Aug 07 2013 01:18:00      Wells Fargo Bank, NA,    P.O. Box 5169,
               Sioux Falls, SD 57117-5169
20598279      EDI: ECAST.COM Aug 07 2013 01:18:00      eCAST Settlement Corporation,    POB 29262,
               New York, NY 10087-9262
                                                                                               TOTAL: 26
```

```
District/off: 0752-1            User: mrahmoun              Page 2 of 3                  Date Rcvd: Aug 06, 2013
                                Form ID: ntcdsm             Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20598280*       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun            Page 3 of 3              Date Rcvd: Aug 06, 2013
                              Form ID: ntcdsm           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2013 at the address(es) listed below:

```
          Edwin L Feld    on behalf of Joint Debtor Stephanie M Doyle notice@edfeldlaw.com,
           efeld@edfeldlaw.com
          Edwin L Feld    on behalf of Debtor Kevin F Doyle notice@edfeldlaw.com,  efeld@edfeldlaw.com
          Jessica S Naples    on behalf of Creditor    CitiMortgage, Inc. ND-Two@il.cslegal.com
          Joel P Fonferko    on behalf of Creditor    CitiMortgage, Inc. ND-One@il.cslegal.com
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas C. Crooks    on behalf of Creditor Cheryl  Choates tcrooks@barristers.com,
           gzimmerman@barristers.com
                                                                                             TOTAL: 7
```