Certificate Number: 12433-ILN-DE-029064106

Bankruptcy Case Number: 13-06124



12433-ILN-DE-029064106

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2017, at 2:41 o'clock PM CDT, Stephanie Marie Doyle completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   April 10, 2017

By:    /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher